IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| NPR Investments, LLC by and through Nelson Roach, a Partner other than the Tax Matters Partner,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>    Defendant. | No. 5:05-cv-00219-TJW |

## ORDER GRANTING THE UNOPPOSED
## MOTION TO INTERVENE OF CHARLES C. PATTERSON

The Court, having considered Charles C. Patterson's Unopposed Motion to Intervene, finds and is of the opinion that the motion has merit and should be granted. Accordingly, it is hereby ORDERED that Charles C. Patterson be allowed to intervene in the above-styled proceedings.

SIGNED this 6th day of July, 2009.

              _____
              T. JOHN WARD
              UNITED STATES DISTRICT JUDGE